■ In the Matter of the Claim of SAMUEL M. SIMON, Respondent, against COLUMBIA PICTURES CORPORATION et al., Appellants, and SPECIAL FUND FOR REOPENED CASES et al., Respondents. WORKMEN'S COMPENSATION BOARD,

Respondent.— Motion for an order amending the decision of this court (*ante,* p. 565) handed down March 11, 1959, to eliminate the awarding of costs against the Workmen's Compensation Board. Motion granted, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.